UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO.:

ERIC C. CONN, CONN LAW, P.S.C.                                              PLAINTIFFS

v.                              **NOTICE OF REMOVAL**

UNITED STATES FIRE INSURANCE COMPANY, et al                DEFENDANTS

**\*\*\*   \*\*\*   \*\*\***

Defendants, United States Fire Insurance Company and Crum & Forster, for their Notice of Removal, state the following:

1.      On or about December 19, 2016, Plaintiffs, Eric Conn, and Conn Law, P.S.C. ("Plaintiffs"), filed their Complaint in this action naming United States Fire Insurance Company, Crum & Forster and Protexure Lawyers/Amerinst Professional Services, LTD ("Protexture") as Defendants.  This action was filed in Floyd Circuit Court, civil action no. 16-CI-848.

2.      Protexture was served with the summons and Complaint on January 3, 2017.

3.      United Financial was served with the summons and Complaint on January 4, 2017.

4.      Pursuant to Title 28 U.S.C. § 1446(b)(2)(A) this Notice of Removal is filed within thirty days after the receipt of the Complaint by United States Fire Insurance Company and Crum & Forster and as provided by this statute, Protexure Lawyers/Amerinst Professional Services, LTD consents to this removal.

5.       The action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that USFIC and Crum & Forster may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) because this action is based on a question of federal law.  Specifically, Plaintiff's Complaint asserts a right to the relief demanded due to

USFIC and Crum & Forster's alleged violation of 49 C.F.R. section 387.9. *See,* Complaint, Paragraph 8.

6.      The amount in controversy exceeds $75,000 exclusive of interest and costs. Plaintiff's Complaint seeks a judgment declaring that USFIC and Crum & Forster owes "coverage available to the Plaintiff for his losses. . . in the amount of $750,000" under the identified policies. *See*, Complaint, Page 10.

7.      This Notice of Removal is filed by Defendants in accordance with 28 U.S. C. §§ 1441 and 1446.

8.      A copy of this Notice of Removal is being filed with the Clerk for the Floyd Circuit Court in Kentucky and served upon counsel of record.

Respectfully submitted,

/s/ Christopher M. Mussler
Christopher M. Mussler
cmussler@gsblegal.com
Gwin, Steinmetz & Baird PLLC
401 West Main Street, Suite 1000
Louisville, Kentucky 40202
(502) 618-5700
*Counsel for United States Fire Insurance Company and Crum & Forster*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2017, I electronically filed the foregoing with the clerk of the court by using the U.S. Postal system and CM/ECF which will send a notice of electronic filing to the following:

Scott White  
Sarah R. Hays  
Fogle Keller Purdy, PLLC  
300 East Main Street, Suite 400  
Lexington, KY 40507  
*Counsel for Plaintiffs*

Jeffrey S. Mood  
Matthew W. Breetz  
Stites & Harbison, PLLC  
400 West Market Street, Suite 1800  
Louisville, KY 40202-3352  
*Attorneys for Defendant, Protexture Lawyers/Amernist Professional Services, LTD.*

                                        s/Christopher M. Mussler