UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| In re: Pikeville Civil Cases | ) ) ) ) ) ) ) ) ) ) ) **STANDING REFERRAL ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

The Federal Rules of Civil Procedure "should be construed and administered to secure the just, speedy, and inexpensive determination" of every case. Fed. R. Civ. P. 1. The words "and administered" were added to emphasize the Court's duty "to ensure that civil litigation is resolved not only fairly, but also without undue cost or delay." *Id.* advisory committee's note on 1993 Amendments. To that end, the Court will set reasonable deadlines that fulfill the goals of the Rules. **Discovery will last between three and five months— depending on the complexity of the case. The Magistrate Judge will schedule the trial for between nine and twelve months from now. Absent truly extraordinary circumstances, the Court will not grant extensions.**

This matter is **REFERRED** to Magistrate Judge Edward B. Atkins for all non-dispositive pretrial matters other than (1) motions to extend the close of discovery, (2) motions to continue the dispositive-motions deadline or the trial date, and (3) motions *in limine*. *See* 28 U.S.C. § 636(b)(1)(A). Within 21 days of the filing of a responsive pleading, Judge Atkins will issue an order scheduling a telephonic Rule 26(f) meeting with counsel and

their clients. On the call, Judge Atkins will set deadlines consistent with the time ranges described above.

The Court will enforce strictly the deadlines set by Judge Atkins. **If a defendant moves for the continuance of any deadline, the Court may decide to take any motion for summary judgment by that defendant under advisement until after the completion of the trial. If a plaintiff moves for the continuance of any deadline, the Court may continue the trial or take the plaintiff's motion for summary judgment under advisement until after the completion of the trial.** In any event, as described above, continuances will be granted very rarely.

This the 10th day of September, 2014.

Signed By:
*Amul R. Thapar* AT
United States District Judge