UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:17-cv-25-ART-EBA

ERIC C. CONN, CONN LAW, P.S.C.                                          PLAINTIFFS

v.

UNITED STATES FIRE INSURANCE
COMPANY, THRU CRUM & FORESTER; and
PROTEXTURE LAWYERS/
AMERINST PROFESSIONAL SERVICES, LTD.                              DEFENDANTS

**STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS**
* * * * * * * * * * * * * *

Pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii), the Plaintiffs, Eric C. Conn and Conn Law,

P.S.C. (collectively "Conn"), and each Defendant, by counsel, hereby STIPULATE to the

dismissal of Defendants Crum & Forster and Protexture/Lawyers Professional Services, Ltd,

with prejudice, and the action will proceed only as to United States Fire Insurance Company.

So Stipulated this 7th day of March, 2017.

*Scott White*
Scott White
Sarah R. Hays
FOGLE KELLER PURDY, PLLC
*COUNSEL FOR PLAINTIFFS*

CHRISTOPHER M. MUSSLER
CHRISTOPHER M. MUSSLER, ESQ.
GWIN STEINMETZ & BAIRD, PLLC
*COUNSEL FOR UNITED STATES FIRE INSURANCE COMPANY*
*AND CRUM & FORSTER*

MATTHEW W. BREETZ
Jeffrey S. Mood, Esq.
Matthew W. Breetz, Esq.
Stites & Harbison, PLLC
*Counsel for Protexture Lawyers/*
*Amernist Professional Services, Ltd.*

1