UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| ERIC C. CONN et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 17-25-ART |
| v. ) | |
| ) | |
| UNITED STATES FIRE INSURANCE ) | **ORDER** |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

A court's job is easy when both sides agree. The plaintiffs, Eric Conn and his law firm, argue that the Court should remand this case back to the Kentucky state courts. R. 8. The one remaining defendant, United States Fire Insurance Company, agrees. R. 10.

Accordingly, it is **ORDERED** that Conn's motion to remand, R. 8, is **GRANTED**. This case is **REMANDED** to the Circuit Court of Floyd County, Kentucky.

This the 20th day of March, 2017.



Signed By:
Amul R. Thapar   AT
United States District Judge